USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Dimeglio,
on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

Dale's Clothing, Inc.

        Defendant.

**MEMORANDUM ENDORSED**

CASE NO.: 1:23-cv-8555

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Maria Dimeglio and the Defendant Dale's Clothing, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 12, 2024

| For Plaintiff Maria Dimeglo | For Defendant Dale's Clothing, Inc. |
|---|---|
| PeterPaul Shaker<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>pshaker@steinsakslegal.com | Nolan Keith Klein<br>Law Offices of Nolan Klein, P.A.<br>5550 Glades Road Suite 500<br>Boca Raton, FL 33431<br>Ph:(954)745-0588<br>klein@nklegal.com |

1

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

*s/ PeterPaul Shaker*

PeterPaul Shaker
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: February 13, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge